# United States Court of Appeals
## For the First Circuit

No. 26-1254

AFRICAN COMMUNITIES TOGETHER; MARY DOE, on behalf of themselves and all others similarly situated; DAVID DOE, on behalf of themselves and all others similarly situated; PETER DOE; on behalf of themselves and all others similarly situated; JACOB DOE, on behalf of themselves and all others similarly situated,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN, in the official capacity as Secretary of the Department of Homeland Security; UNITED STATES DEPTARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES,

Defendants - Appellants.

Before

Rikelman, Aframe, and Dunlap,
Circuit Judges.

**ORDER OF COURT**

Entered: July 16, 2026

This matter is before the court on defendant-appellants' "Motion to Lift Abeyance and for Stay Pending Appeal, Immediate Administrative Stay, and Summary Reversal." The previously entered stay of proceedings is lifted, and the request for an immediate administrative stay is denied. Plaintiff-appellees shall file a response to the broader stay request and to the request for summary reversal by 5:00 p.m. on Tuesday, July 21, 2026. Any reply should be filed by 5:00 p.m. on Friday, July 24, 2026. The court intends to rule on the broader stay request and the request for summary reversal as soon as practicable following the completion of motion-briefing.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Abraham R. George
Michael L. Fitzgerald
Mark H. Lynch
Daniel Gerard Randolph
Golnaz Fakhimi
Kristin M. Oakley
Collin Poirot
Nargis Aslami
Paul Killebrew
Stephen Petkis
Abbey Rose Koenning Rutherford
Mishi Jain
Matthew Chauvin Quallen
Michael E. Cunniff