# United States Court of Appeals
## For the First Circuit

No. 26-1254

AFRICAN COMMUNITIES TOGETHER; MARY DOE, on behalf of themselves and all others similarly situated; DAVID DOE, on behalf of themselves and all others similarly situated; PETER DOE, on behalf of themselves and all others similarly situated; JACOB DOE, on behalf of themselves and all others similarly situated,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN, in the official capacity as Secretary of the Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES,

Defendants - Appellants.

**MANDATE**

Entered: July 29, 2026

In accordance with the judgment of July 29, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Nargis Aslami
Michael E. Cunniff
Golnaz Fakhimi
Robert M. Farrell
Michael L. Fitzgerald
Abraham R. George
Mishi Jain
Paul Killebrew
Donald Campbell Lockhart
Mark H. Lynch

Kristin M. Oakley
Stephen Petkis
Collin Poirot
Matthew Chauvin Quallen
Daniel Gerard Randolph
Abbey Rose Koenning Rutherford
Patti B. Saris